AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>REZWAN FERDAUS a/k/a DAVE WINFIELD a/k/a JON RAMOS<br><br>*Defendant(s)* | Case No. 11-mj-4270-TSH |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of not later than 3/2011 through 9/2011 in the county of Middlesex in the _____ District of Massachusetts, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(f) | Attempting to destroy federal governmental buildings using an explosive |
| 18 U.S.C. § 2155 | Attempting to destroy national-defense premises |
| 18 U.S.C. § 2339B | Attempting to provide material support to a foreign terrorist organization |

This criminal complaint is based on these facts:

See attached affidavit of Gary S. Cacace, Special Agent, Federal Bureau of Investigation

☒ Continued on the attached sheet.

*Complainant's signature*

Gary S. Cacace, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/28/2011

*Judge's signature*

City and state: Worcester, Massachusetts

U.S. Magistrate Judge Timothy S. Hillman
*Printed name and title*