UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 11-10331-RGS |
| ) | |
| REZWAN FERDAUS ) | |

NOTICE OF INITIAL STATUS CONFERENCE

October 3, 2011

HILLMAN, M.J.

    1.    Unless counsel inform the Court in a Joint Memorandum in accordance with LR 116.5(A) on or before **Wednesday, November 9, 2011**, that there is no need for an initial status conference, such a conference will be held on **Monday, November 14, 2011, at 10:00 a.m.**, in Courtroom No. 1 on the Fifth Floor, Worcester, MA. If the Joint Memorandum is not filed with the Court on or before **Wednesday, November 9, 2011**, then the parties must appear for the initial status conference either in person or by telephone.[1]

    2.    If counsel feel that there is need for an initial status conference, then on or before the close of business on **Wednesday, November 9, 2011**, counsel shall inform my Courtroom Clerk as to whether they want the status conference to be conducted in person or by telephone .

    3.    ORIGINALS OF ALL MOTIONS, MEMORANDUMS, PLEADINGS, ETC. MUST BE FILED WITH THE COURT (INCLUDING ELECTRONIC FILING). **NEITHER FAXES NOR E-MAIL FILINGS WILL BE ACCEPTED**.

                                                     /s/ Timothy S. Hillman
                                                      TIMOTHY S. HILLMAN
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1]     Defendants are not required to be present at the Initial Status Conference. Inasmuch as this court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Rule 43, F.R. Crim. P., defendants in custody will **not** be transported to court for the Initial Status Conference absent a showing of exceptional cause on motion duly filed in advance of the Initial Status Conference, See 43(c)(3), F.R. Crim. P.